AO 243 (Rev. 10/07)

Page 2

RECEIVED
MAR 21 2019
BY MAIL

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted):<br>Demarlyn Stewart | Eastern District | Docket or Case No.:<br>4:17-CR-00340 |
| Place of Confinement:<br>Federal Corrections Institute, Pollock | Prisoner No.:<br>20268-035 | |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |
| v. | DEMARLYN STEWART | |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging: _____

    United States District Court, Eastern District of Missouri
    Eastern Division
    _____

    (b) Criminal docket or case number (if you know): __4:17:CR-00340-SNLJ-NCC__

2.  (a) Date of the judgment of conviction (if you know): __N/A__

    (b) Date of sentencing: _____

3.  Length of sentence: ____120 month____

4.  Nature of crime (all counts): __18 U.S.C. 924 (b)__

    _____
    _____
    _____
    _____
    _____

5.  (a) What was your plea? (Check one)

    (1) Not guilty ☐       (2) Guilty ☑       (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to? _____

    _____
    _____
    _____

6.  If you went to trial, what kind of trial did you have? (Check one)       Jury ☐       Judge only ☐

AO 243 (Rev. 10/07)                                                                                           Page 3

7.    Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐                No ☑

8.    Did you appeal from the judgment of conviction?          Yes ☐          No ☑

9.    If you did appeal, answer the following:

      (a)  Name of court: _____

      (b)  Docket or case number (if you know): _____

      (c)  Result: _____

      (d)  Date of result (if you know): _____

      (e)  Citation to the case (if you know): _____

      (f)  Grounds raised: _____

      _____

      _____

      _____

      _____

      _____

      _____

      (g)  Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐       No ☑

           If "Yes," answer the following:

           (1)  Docket or case number (if you know): _____

           (2)  Result: _____

           _____

           (3)  Date of result (if you know): _____

           (4)  Citation to the case (if you know): _____

           (5)  Grounds raised: _____

           _____

           _____

           _____

           _____

           _____

10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

      Yes ☐     No ☑

11.   If your answer to Question 10 was "Yes," give the following information:

      (a)  (1)  Name of court: _____

           (2)  Docket or case number (if you know): _____

           (3)  Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐        No ☑

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐        No ☑

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:        Yes ☐        No ☐

(2)   Second petition:     Yes ☐        No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

AO 243 (Rev. 10/07)                                                                                          Page 5

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** _Ineffective Assistance of Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Counsel was ineffective for inducing Mr. Stewart to plead guilty by advising Mr. Stewart that if proceed to trial he would face an "all white jury." See Memo in Support._

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _Waived Appeal; Ineffective Claims are brought in a collateral proceeding._

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

AO 243 (Rev. 10/07)                                                                                                      Page 6

    (4)  Did you appeal from the denial of your motion, petition, or application?

         Yes ☐         No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

         Yes ☐         No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

    issue: _____

    _____

    _____

    _____

    _____

**GROUND TWO:** Ineffective Assistance

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    Counsel failed to object to the government's
failure of specific performance. See Memo
in Support

(b)  **Direct Appeal of Ground Two:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

         Yes ☐         No ☑

AO 243 (Rev. 10/07)

(2)   If you did not raise this issue in your direct appeal, explain why: <u>Claims of Ineffective</u>
<u>Assistance are brought in 2255 proceedings.</u>

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue: _____

_____

_____

_____

_____

_____

AO 243 (Rev. 10/07)                                                                          Page 8

**GROUND THREE:** _Withdrawal of Guilty Plea_

---

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_Government failed at specific performance to move the court for a level reduction for Mr. Stewart timely pleading guilty. See Memo in support._

(b) **Direct Appeal of Ground Three:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☑

  (2) If you did not raise this issue in your direct appeal, explain why:

   _See Memo_

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

   Yes ☐   No ☐

AO 243 (Rev. 10/07)                                                                                          Page 9

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise
issue: _____

_____

_____

_____

_____

**GROUND FOUR:**   Evidentiary Hearing _____

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Due to ineffective assistance of court appointed
counsel and lack of specific performance by the
government Mr. Stewast's guilty plea is involuntary
and an evidentiary hearing should be warranted
on these claims.

_____

_____

_____

_____

_____

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐       No ☐

AO 243 (Rev. 10/07)                                                                                           Page 10

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3)   Did you receive a hearing on your motion, petition, or application?

          Yes ☐        No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

          Yes ☐        No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

          Yes ☐        No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise

issue: _____

_____

_____

_____

13.   Is there any ground in this motion that you have not previously presented in some federal court? If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☐         No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:   N/A

(b) At the arraignment and plea:   N/A s. William Marsh

(c) At the trial:   N/A

(d) At sentencing:

Same

(e) On appeal:   N/A

(f) In any post-conviction proceeding:   Pro Se

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ☐         No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐         No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐         No ☐

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
      why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
      A one-year period of limitation shall apply to a motion under this section. The limitation period shall run
from the latest of—
            (1)   the date on which the judgment of conviction became final;
            (2)   the date on which the impediment to making a motion created by governmental action in violation of
      the Constitution or laws of the United States is removed, if the movant was prevented from making such
      a motion by such governmental action;
            (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
      been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
      review; or
            (4)   the date on which the facts supporting the claim or claims presented could have been discovered
      through the exercise of due diligence.

AO 243 (Rev. 10/07)                                                                                                    Page 13

Therefore, movant asks that the Court grant the following relief: _Withdrawal of guilty plea, or_
_Specific performance by the government_ _____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on   _x   03- 18- 2019_____ .
                                                                                    (month, date, year)

Executed (signed) on _x Denorlyn Stewart_ (date)

_x Denorlyn Stewart_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____
_____
_____